IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, on behalf of the Department of Toxic Substances Control and Toxic Substances Control Account,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ABEX AEROSPACE, et al.,<br><br>　　　　　　　Defendants. | Case No. CV 16-2696-GW(Ex)<br><br>**[PROPOSED] ORDER TO ENTER CONSENT DECREE** |

　　　The Plaintiffs lodged a Consent Decree in this matter with the court on April 20, 2016, ("Consent Decree") pending a thirty (30)-day public comment period (Docket No. 4). On October 20, 2016, having considered the comments received, the Plaintiffs requested that the court enter the Consent Decree as a final order of the court. The proposed Consent Decree is fair, reasonable, and consistent with the governing statutes. For the reasons set forth in the Plaintiffs' Motion to Enter Consent Decree and for good cause shown, the Consent Decree is approved and shall be a final judgment under Federal Rule of Civil Procedure 58.

　　　So Ordered this __31st__ day of __March, 2017__.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable George H. Wu
　　　　　　　　　　　　　　　United States District Court Judge