JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

DEBORAH A. GITIN (CA Bar No. 284947)
KARL J. FINGERHOOD (PA Bar No. 63260)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
301 Howard St., Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6488
Facsimile: (415) 744-6476
Email: Deborah.Gitin@usdoj.gov

*Attorneys for Plaintiff United States of America*

*(Names and addresses of attorneys continued on next pages)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, on behalf of the Department of Toxic Substances Control and Toxic Substances Control Account,<br><br>Plaintiffs,<br><br>v.<br><br>ABEX AEROSPACE, et al.,<br><br>Defendants. | Case No. CV 16-2696-GW(Ex)<br><br>**ORDER RE: DISMISSAL AND RETENTION OF JURISDICTION** |

XAVIER BECERRA
Attorney General of California
SARAH E. MORRISON
Supervising Deputy Attorney General
OLIVIA W. KARLIN (CA Bar No. 150432)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.: (213) 897-0473
Fax: (213) 897-2802
Email: Olivia.Karlin@doj.ca.gov

*Attorneys for Plaintiff State of California
Department of Toxic Substances Control and Toxic Substances Control
Account*

HOPE SCHMELTZER
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Tel: (415) 972-3218
Email: Schmeltzer.Hope@epa.gov

*Of Counsel for Plaintiff United States of America*

## ORDER RE: DISMISSAL AND RETENTION OF JURISDICTION

WHEREAS, in light of the Court's entry of the Consent Decree concerning Operable Unit 2 ("OU2") of the Omega Chemical Corporation Superfund Site on March 31, 2017 (hereinafter "Consent Decree"), and following the stipulation of the parties filed on May 8, 2017:

1. The above-captioned case is hereby **DISMISSED.**

2. The Court retains jurisdiction over this matter as set forth in the Consent Decree. Doc. No. 19-1 (Consent Decree), ¶93.

3. The parties have informed the Court that they currently anticipate adding several additional settling defendants via amendment of the Consent Decree, pursuant to the structure laid out in the Consent Decree. *See id.* ¶¶78-79; *see also id.* ¶75.

4. In the event that such additional settlement or settlements occur and additional settlors indicate that they wish to be bound by the Consent Decree, the Court retains jurisdiction to reopen this case, upon request by Plaintiffs, to include those additional settlors in the amended Consent Decree.

DONE this 10th day of May, 2017.

_____
GEORGE H. WU,
United States District Judge