JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

KARL J. FINGERHOOD (PA Bar No. 63260)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
   Telephone: (202) 514-7519
   Email: karl.fingerhood@usdoj.gov

*Attorneys for Plaintiff United States of America*

(Names and addresses of attorneys continued on following page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and STATE OF CALIFORNIA, on behalf of the Department of Toxic Substances Control and Toxic Substances Control Account,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ABEX AEROSPACE, et al.,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02696 -GW-E<br><br>**DECLARATION OF WAYNE PRASKINS IN SUPPORT OF PLAINTIFFS' MOTION TO ENTER AMENDMENT TO CONSENT DECREE** |

HOPE SCHMELTZER
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 9
75 Hawthorne Street
San Francisco, California 94105
Tel: (415) 972-3218
Email: Schmeltzer.Hope@epa.gov

*Of Counsel for Plaintiff United States of America*

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN (CA Bar No. 150432)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Tel.: (213) 269-6333
Fax: (213) 897-2802
Email: Olivia.Karlin@doj.ca.gov

*Attorneys for Plaintiff State of California*
*Department of Toxic Substances Control and Toxic Substances Control*
*Account*

DECLARATION OF WAYNE PRASKINS IN SUPPORT OF PLAINTIFFS' MOTION TO ENTER AMENDMENT TO CONSENT DECREE

I, WAYNE PRASKINS, do hereby declare as follows:

1. I make this declaration in support of the Motion to Enter the Amendment to the Consent Decree ("Amendment") between Plaintiffs the United States, and the State of California Department of Toxic Substances Control and Toxic Substances Control Account (collectively "Plaintiffs") and Defendants Abex Aerospace *et al.* (collectively "Settling Defendants"). This declaration supplements my three prior declarations of October 19, 2016 [Docket No, 22-1, Exhibit D, Page ID# 1198-1204], February 2, 2017 [Docket No. 33-1, Exhibit B, Page ID# 2742-49], and March 15, 2017 [Docket No. 38-1, Exhibit A, Page ID# 3495-98]. The facts stated in this declaration are based upon my personal knowledge and upon my review of files kept by the United States Environmental Protection Agency ("EPA"). If called as a witness, I could and would be competent to testify thereto. Unless otherwise indicated, I have personal knowledge of the facts set forth below and would be competent to testify thereto.

2. My educational background, licensure, and background information regarding the Site are set forth in my October 19, 2016 declaration that I previously submitted in this matter. *See* Docket No. 22-1, Ex. D, at Page ID# 1200-02.

3. The Consent Decree, entered by the Court on March 31, 2017 [Docket No. 41], requires cash payments to the United States and the California Department of Toxic Substances Control of $8 million and $70,000 for past costs

respectively. In addition, the Consent Decree requires the performance of response actions at OU2 ("the Work") as described in the Consent Decree and accompanying Statement of Work.

4. The Consent Decree, at Paragraph 75, provides a mechanism for adding additional settling parties to the Consent Decree as well as a cost sharing formula between EPA and the Omega PRP Organized Group ("OPOG"). Paragraph 75 provides for EPA and OPOG to share any payments recovered from other noticed PRPs according to the following formula: OPOG will receive the first $6 million gross from the noticed PRPs; after the first $6 million, costs recovered from these PRPs will be shared between EPA and OPOG with 70% going to OPOG and 30% going to EPA. There is a cap of $7 million on remittances to EPA (beyond the $8 million past costs payment that Settling Defendants made following entry of the CD).

5. My prior declaration of Oct. 19, 2016, identified additional non-settling parties from which EPA expected it might obtain additional response costs. The additional Settling Defendants are a subset of these parties. *See* Docket No. 22-1, Ex. D, at ¶¶ 10-11, Page ID# 1202-03.

6. Pursuant to the Amendment to the Consent Decree the additional Settling Defendants will contribute an aggregate sum of $12,625,000 towards EPA's unpaid costs and OPOG's work at the Site.

DECLARATION OF WAYNE PRASKINS IN SUPPORT OF PLAINTIFFS' MOTION TO ENTER AMENDMENT TO CONSENT DECREE

7.     There are three groups of Settling Defendants participating in this Amendment. The first of the three groups of Settling Defendants consists of Mission Linen Supply Company ("Mission") and Pilot Chemical Corp., on its own behalf and as successor to Pilot Chemical Company of California ("Pilot"). Mission and Pilot are parties that owned or currently own facilities that overlay the middle portion of the OU2 groundwater plume and who Plaintiffs allege have contributed contamination from their properties to the contaminated Omega plume.

8.     The second of the three groups of settling defendants are Hexion Inc. (f/k/a Momentive Specialty Chemicals. Inc.) ("Hexion") and MCP Foods, Inc. dba Firmenich ("Firmenich"). Plaintiffs assert that these two parties sent hazardous waste to the former Omega Chemical Company.

9.     The final group of Settling Defendants consists of 26 generator parties who had previously settled with OPOG for the entire Site.

10.    The Amendment, with the exception of the 26 generator parties who previously settled, was the result of arms-length negotiations between the settling parties in which I participated, over numerous months. The Settling Defendants who negotiated for the Amendment were represented by their own counsel during the negotiations leading up to this Amendment. EPA was represented by US DOJ during these negotiations which were at times contentious and involved various points of disagreement.

DECLARATION OF WAYNE PRASKINS IN SUPPORT OF PLAINTIFFS' MOTION TO ENTER AMENDMENT TO CONSENT DECREE

11. The aggregate settlement amount of $12,625,000 is a substantially fair and reasonable sum for Hexion, Firmenich, Mission and Pilot that will result in a consequential payment towards both EPA's costs as well as funding of the Work. In evaluating the fairness of the proposed Amendment, EPA took a number of factors into account, including but not limited to the following: the relative contribution to the OU2 plume by the Settling Defendants, the existence of other sources of contamination at OU2 in addition to those presented by Settling Defendants; litigation risk; avoided costs of litigation (including outside expenditures, costs of expert witnesses, and costs of staff time); and the conservation of agency resources.

12. EPA is continuing settlement discussions with additional responsible parties. It is possible that in the future Plaintiffs may seek to further amend the Consent Decree to add additional Settling Defendants.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ___ day of February, 2018, in San Francisco, California.

WAYNE PRASKINS

the aggregate settlement amount constitutes a substantially fair and reasonable sum for Hexion, Firmenich, Mission and Pilot that will result in a consequential payment towards both EPA's costs as well as funding of the Work. In evaluating the fairness of the proposed Amendment, EPA took a number of factors into account, including but not limited to the following: the relative contribution to the OU2 plume by the Settling Defendants, the existence of other sources of contamination at OU2 in addition to those presented by Settling Defendants; litigation risk; avoided costs of litigation (including outside expenditures, costs of expert witnesses, and costs of staff time); and the conservation of agency resources.

12. EPA is continuing settlement discussions with additional responsible parties. It is possible that in the future Plaintiffs may seek to further amend the Consent Decree to add additional Settling Defendants.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 16th day of February, 2018, in San Francisco, California.

_____
WAYNE PRASKINS