DEBORAH A. GITIN (CA Bar No. 284947)
KARL J. FINGERHOOD (PA Bar No. 63260)
Senior Counsel
Environmental Enforcement Section
Environment and Natural Resources Division
1050 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6488
Fax: (415) 744-6476
Email: deborah.gitin@usdoj.gov

*Attorneys for Plaintiff United States of America*

*(Names and addresses of attorneys continued on following pages)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and State of California Department of Toxic Substances Control and Toxic Substances Control Account,<br><br>Plaintiffs,<br><br>v.<br><br>ABEX AEROSPACE, et al.,<br><br>Defendants. | Case No. 2:16-cv-02696-GW-E<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENTER SECOND AMENDMENT TO CONSENT DECREE**<br><br>**Judge:** Hon. George H. Wu<br><br>**Date:** June 11, 2020<br>**Time:** 8:30 a.m.<br>**Courtroom:** U.S. Courthouse<br>Courtroom 9D<br>350 West 1st Street<br>Los Angeles, CA 90012 |

MICHAEL MASSEY
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region IX
75 Hawthorne Street, ORC-3
San Francisco, CA  94105
Telephone: (415) 972-3034
Email: massey.michael@epa.gov

    *Of Counsel for Plaintiff United States of America*

XAVIER BECERRA
Attorney General of California
EDWARD H. OCHOA
Supervising Deputy Attorney General
OLIVIA W. KARLIN (CA Bar No. 150432)
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
Telephone: (213) 269-6333
Fax: (213) 897-2802
Email:  Olivia.Karlin@doj.ca.gov

    *Attorneys for Plaintiff State of California*
    *Department of Toxic Substances Control and Toxic Substances Control Account*

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:  PLEASE TAKE NOTICE THAT, on June 11, 2020, at 8:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs, the United States of America, by authority of the Attorney General of the United States and through the undersigned attorneys, acting at the request of the Administrator of the United States Environmental Protection Agency ("United States"), and the State of California Department of Toxic Substances Control and the Toxic Substances Control Account ("DTSC"), collectively referred to as "Plaintiffs," will appear in the Courtroom of the Honorable George H. Wu, Courtroom 9D, 350 West 1st Street, Los Angeles, CA 90012, and will move pursuant to Local Rule 7, for entry of a proposed Second Amendment to the Consent Decree ("Second Amendment"), which was lodged with the Court on October 10, 2019 [Docket No. ("DN") 57-1], and which would amend the Consent Decree previously approved by this Court [DN 41, as amended, DN 55].  The Second Amendment is also attached as Exhibit A to the Memorandum in Support of Plaintiffs' Motion to Enter Second Amendment to Consent Decree ("Memorandum").  Notice of the Second Amendment was published in the Federal Register on October 18, 2019.  *See* 84 Fed. Reg. 55987-88 (Oct. 18, 2019).  The thirty-day comment period closed on or about November 18, 2019, and no comments were received.  The Plaintiffs now seek the Court's approval of the Second Amendment.  This Motion is based upon this Notice, the attached Memorandum, and the Declarations of Wayne Praskins and Gene Lucero, which are attached as Exhibits B and C to the Memorandum.  The Defendants do not oppose this Motion and have concurred in a Stipulation to that effect [DN 56].

Pursuant to Local Rule 7-20, a Proposed Order is attached. The parties do not request argument on this Motion.

        Respectfully submitted,

        FOR THE UNITED STATES OF AMERICA

| \_\_\_May 5, 2020\_\_\_\_ | \_\_/s/  Deborah A. Gitin\_ |
|---|---|
| Date | DEBORAH A. GITIN |
| | Senior Counsel |
| | Environmental Enforcement Section |
| | Environment and Natural Resources Division |
| | United States Department of Justice |

OF COUNSEL FOR THE UNITED STATES OF AMERICA:

MICHAEL MASSEY
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region IX

2
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENTER SECOND AMENDMENT TO CONSENT DECREE

|  |  |
|---|---|
| | FOR THE STATE OF CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL AND TOXIC SUBSTANCES CONTROL ACCOUNT: |
| | XAVIER BECERRA<br>Attorney General of California<br>EDWARD H. OCHOA<br>Supervising Deputy Attorney General |
|    May 5, 2020<br>Date |  /s/ Olivia W. Karlin (by DAG)*<br>OLIVIA W. KARLIN<br>Deputy Attorney General<br>Attorney for the State of California<br>Department of Toxic Substances Control<br>And Toxic Substances Control Account |

*Counsel for the California Department of Toxic Substances Control and Toxic Substances Control Account concurs with the content of this Notice and has authorized counsel for the United States of America to electronically sign and file this Motion on counsel's behalf.*