JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and State of California Department of Toxic Substances Control and Toxic Substances Control Account,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ABEX AEROSPACE, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-2696 -GW-Ex<br><br>**ORDER APPROVING SECOND AMENDMENT TO CONSENT DECREE** |

AND NOW, upon consideration of the Plaintiffs' Motion to Enter Second Amendment to Consent Decree, the Court having determined the Second Amendment is fair, reasonable, consistent with the governing statutes, and in the public interest, the Court hereby APPROVES and ENTERS the Second Amendment to the Consent Decree lodged at [Docket No. 57-1].

Dated: June 10, 2020

_____
HON. GEORGE H. WU
United States District Judge